### Commonwealth *v.* Chatary, Appellant.

Argued December 12, 1967. *David B. Fitzgerald,* with him *Fitzgerald & Yatsko,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

### Commonwealth *v.* Covington, Appellant.

Submitted December 11, 1967. *Richard L. Hahn,* and *Modell, Pincus, Hahn & Reich,* for appellant; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.